**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | |
|---|---|
| PATHOLOGY SPECIALISTS OF MEMPHIS, PC, and SARA JAVIDIPARSIJANI, M.D.,<br><br>Plaintiffs,<br><br>v.<br><br>MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security; JOSEPH B. EDLOW, in his official capacity as Director, U.S. Citizenship and Immigration Services; U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. CITIZENSHIP AND IMMIGRATION SERVICES; and UNITED STATES OF AMERICA,<br><br>Defendants. | No. 2:26-cv-02729-SHL-cgc |

**JUDGMENT**

**JUDGMENT BY COURT.** This action having come before the Court on Plaintiffs Pathology Specialists of Memphis, P.C., and Sara Javidiparsijani, M.D.'s Complaint, (ECF No. 1), filed June 23, 2026,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, in accordance with Plaintiffs' Notice of Voluntary Dismissal, (ECF No. 10), and under Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs' claims in this matter are **DISMISSED WITHOUT PREJUDICE**.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

September 9, 2026
Date